IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| NELL MONDIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| THE UNIVERSITY OF CHICAGO ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

The Plaintiff NELL MONDIA (hereinafter referred to as "MONDIA") and for his complaint against the Defendant THE UNIVERSITY OF CHICAGO MEDICAL CENTER (hereinafter referred to as "UCMC"), states:

1. At all times relevant hereto, MONDIA resided in Chicago, Illinois.

2. At all times relevant hereto, UCMC was a not-for-profit corporation organized and existing under the laws of the State of Illinois with its principal place of business in Chicago, Illinois.

3. This Court has jurisdiction over this case pursuant to Section 158 of the National Labor Relations Act 29 U.S.C. § 158 and Section 301 of the Labor Management and Relations Act 29 U.S.C. § 185.

4. Venue is appropriate in this Court pursuant to 28 USC §1391 since the complained of conduct occurred in this District.

5. In October, 2004, MONDIA was hired by UCMC as a staff nurse in the dialysis department.

1

6. Since the time of his employment, MONDIA received positive employment reviews and commendations from his supervisors.

7. In or about November, 2019, the staff nurses at UCMC joined the National Nurses United union.

8. By virtue of joining the union, MONDIA and all other nurses who joined the union were subject to the collective bargaining agreement with UCMC.

9. Pursuant to Section 17.10 of that agreement, UCMC agreed that it would not discharge, discipline or suspend any nurse without just cause. A true and correct copy of Section 17.10 of the collective bargaining agreement is attached hereto as ***Exhibit A***.

10. Notwithstanding the provisions in Section 17.10 of the collective bargaining agreement, UCMC breached its agreement with MONDIA by terminating him without just cause on December 13, 2021.

11. While UCMC claimed that MONDIA used profane, unprofessional and disrespectful language toward management and his colleagues, MONDIA never used any profane, unprofessional or disrespectful language toward management or his colleagues.

12. As a direct and proximate result of UCMC's breach of the collective bargaining agreement, MONDIA has been damaged in an amount in excess of $75,000.00.

WHEREFORE, the Plaintiff NELL MONDIA requests that this Court enter judgment in his favor and against the Defendant THE UNIVERSITY OF CHICAGO MEDICAL CENTER in an amount in excess of $75,000.00 plus costs and prejudgment interest. The Plaintiff requests such other relief as this Court may deem appropriate.

THE PLAINTIFF DEMANDS TRIAL BY JURY.

        Respectfully submitted,

        /s/ Joel F. Handler
        JOEL F. HANDLER (#1115812s)
        One E. Wacker Drive, Suite 510
        Chicago, Illinois 60601
        (312) 832-0008
        jhandler@handlerlawgroup.com
        Attorney for the Plaintiff,
        NELL MONDIA